B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re  Boomerang Systems, Inc.       ,         )    Case No. _____

           Debtor                                )

                                       )

                                       )    Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  000-10176       .

2. The following financial data is the latest available information and refers to the debtor's condition on June 30, 2015    .

    a. Total assets                                               $    6,728,841.00

    b. Total debts (including debts listed in 2.c., below)      $   21,993,046.00

    c. Debt securities held by more than 500 holders:  N/A              Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock                     0

    e. Number of shares common stock                18,237,308      500

    Comments, if any:

3. Brief description of debtor's business:
Boomerang Systems, Inc, is engaged in the business of marketing, designing, engineering, manufacturing, installing and servicing its RoboticValet® automated parking systems.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  _____
Chris Mulvihill, Gail Mulvihill, Lake Isle Corp., Burton Koffman, David Koffman, Mark Patterson, James Gelly, Albert Behler, Alexandria Equities, LLC.