UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
BOOMERANG SYSTEMS, INC., et al., :
Debtors :

CONSOLIDATED LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a consolidated list of the 20 largest unsecured creditors of the Debtors (the "Top 20 List") in lieu of a separate list for each Debtor. The Top 20 List is based on the Debtors' books and records as of approximately August 17, 2015 and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors.

| # | Name of Creditor | Address | Contact Name | Phone No. | Fax No. | E-Mail Address | Nature of Claim | Indicate if Contingent, unliquidated, disputed, or subject to setoff | Amount of Claim as of 8/14/2015 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | J8T | J8 Technologies - Chalfont Lockbox Number 771993, 350 East Devon Avenue Itasca, IL 60143 | John Schueren | 215.822.4460 | 215-822-4553 | john.schueren@j8.com | Trade Debt | | 625,285.70 |
| 2 | IC, LLC | 2200 Biscayne Blvd., Miami, FL 33137 | | 305-696-8330 | 305-696-3038 | partners@icind.com | arbitration settlement payment | | 258,315.75 |
| 3 | William S. Clarke | 65 South Main Street, Suite A-202, Pennington, NJ 08534 | William S. Clarke | 609-737-9050 | 609-737-3223 | | Trade Debt | | 214,229.54 |
| 4 | H. Robert Holmes | 991 Brush Creek Rd, Box 5044, Crested Butte, CO 81224 | | | | hrhop@aol.com | 6% convertible note | | 200,000.00 |
| 5 | Quay Consulting, LLC | PO Box 2073, Reston, VA 20195 | Jeff Segal | 804-240-1985 | | jeff@quayconsulting.net | Trade Debt | | 175,389.04 |
| 6 | Graham Curtin | Accounts Receivable, P.O. Box 1991, Morristown, NJ 07962-1991 | Charles Quinn | 973-292-1700 | | cquinn@grahamcurtin.com | Trade Debt | | 135,664.03 |
| 7 | Xaples, Inc. | 5701 SW 195th LN, Fort Lauderdale, FL 33332 | | 954-667-9275 | | info@xaplos.com | Trade Debt | | 101,824.58 |
| 8 | San Gabriel Fund LLC | 4 Richland Pl., Pasadena, CA 91103 | Monica Burman | | | monica@mcgrainfinancial.com | 6% convertible note | | 100,000.00 |
| 9 | JMW Fund, LLC | 4 Richland Pl, Pasadena, CA 91103 | Monica Burman | | | monica@mcgrainfinancial.com | 6% convertible note | | 100,000.00 |
| 10 | Infragistics Corporate Headquarters | 2 Commerce Headquarters, Cranbury, NJ 08512 | | 609-448-2000 | 609-448-2017 | | Trade Debt | | 90,737.50 |
| 11 | Galaxy Intelligencia Pvt. Ltd. | #186/2, 1st floor, 'Tapasvij Arcade' Near Silk Board Junction, Hosur Main Road, Bangalore 560 076, Karnataka, India | | +91 80 26681110 | 91 80 26625770 | info@galaxyintelligentia.com | Trade Debt | | 82,272.00 |
| 12 | Wolmuth Maher & Deutsch LLP | One Gateway Center, Newark, NJ 07102 | Paul DeFilippo | 973-733-9200 | | pdefilippo@wmd-law.com | Trade Debt | | 54,673.81 |
| 13 | Pentronic Controls, LLC | 1168 W 500 N Suite 400, Centerville, UT 84014 | Kelly Fujikawa | 801-683-3333 | 801-683-3134 | joseph@pentroniccontrols.com | Trade Debt | | 51,933.85 |
| 14 | BrickellHouse Holding LLC | 1200 Brickell Avenue, Suite 1500 Miami, FL | Harvey Hernandez | | | hhernandez@newgardgroup.com | Trade Debt | | 41,528.58 |
| 15 | Codale Electric Supply, Inc. | PO Box 740525, Los Angeles, CA 90074-0525 | | 435-713-8216 | 435-713-8298 | todd@codale.com | Trade Debt | | 37,889.51 |
| 16 | AV Excellence, LLC | 6020 Parkway North Dr. Suite 100 Cumming, GA 30040 | Robert Lewis | 855-856-9289 | 888-819-2307 | robert@myavexcellence.com | Trade Debt | | 35,210.00 |
| 17 | SEW Eurodrive, Inc. | 30599 San Antonio Rd Hayward, CA 94544 | Steven Jacobsen | 510-487-3560 | 510-487-6433 | sjacobsen@seweurodrive.com | Trade Debt | | 34,382.20 |
| 18 | Motion Industries, Inc. | 918 West 700 North, Logan, Utah 84321 | Richard McCarter | Logan - 435-752-7310 | 435-753-8416 | Richard.Mccarter@motion-ind.com | Trade Debt | | 33,259.74 |
| 19 | Xyronik Research & Design, Inc. | 1661 West 2960 South, Nibley, UT 84321 | | 435-750-5999 | 435-750-5998 | customer.service@controlbyweb.com | Trade Debt | | 27,157.64 |
| 20 | Aerotek Commercial Staffing | P.O. Box 198531, Atlanta, GA 30384-8531 | | 866-466-0420 x410 | | efrank@aerotek.com | Trade Debt | | 27,079.48 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------x
                                             :
In re:                                       :    Chapter 11
                                             :
BOOMERANG SYSTEMS, INC., et al.,[1]          :    Case No. 15-_____ (___)
                                             :
                                             :
            Debtors.                         :    (Joint Administration Requested)
                                             :
---------------------------------------------x

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, James V. Gelly, Chief Executive Officer of the above-captioned Debtors, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: August 18, 2015

_____
Name: James V. Gelly
Title: Chief Executive Officer

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487); (ii) Boomerang Sub, Inc. (3805); (iii) Boomerang USA Corp. (0521); and (iv) Boomerang MP Holdings Inc. (4081).