**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| BOOMERANG SYSTEMS, INC. | : | Case No. 15-11729 (MFW) |
| BOOMERANG SUB, INC. | : | |
| BOOMERANG USA CORP. | : | NOTICE OF APPOINTMENT OF |
| BOOMERANG MP HOLDINGS INC. | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| | : | |
| Debtors. | : | |
| ---------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Max Specialty Insurance Co.**, c/o Christopher A. Ward, Polsinelli, PC, 222 Delaware Ave., Suite 1101, Wilmington, DE, 19801, Fax: 302.252.0921

2. **AV Excellence, LLC,** c/o Janna Shacklett, 6020 Parkway North Drive, Suite 100, Cumming, GA 30040, Fax: 888.819.2307

3. **Xaplos, Inc.,** c/o Mark Rodrigues, 5701 SW 196th LN, Fort Lauderdale, FL 33332, Fax:

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Hannah Mufson McCollum for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: September 2, 2015

Attorney assigned to this Case: Hannah McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jeffrey R. Gleit, Esquire, Phone: (212) 201-6584, Fax: (212) 967-4258,