## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | |
|---|---|
| IN THE MATTER OF: | : Chapter 11 |
| | : |
| BOOMERANG SYSTEMS, INC. | : Case No. 15-11729 (MFW) |
| BOOMERANG SUB, INC. | : |
| BOOMERANG USA CORP. | : |
| BOOMERANG MP HOLDINGS INC. | : |
| | : |
| Debtors | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE that Official Committee of Unsecured Creditors, by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and section 102(1) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the address set forth below:

Anthony M. Saccullo, Esquire
Thomas H. Kovach, Esquire
A M SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (fax)
ams@saccullolegal.com
kovach@saccullolegal.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed hand

delivery, mail, telephone, telex, or otherwise which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance or any later appearance, pleading or claim is not intended to waive:  (1) any right to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which any party is, or may be, entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: September 9, 2015            A. M. SACCULLO LEGAL, LLC

                                                    */s/ Anthony M. Saccullo*
                                                    Anthony M. Saccullo (Bar No. 4141)
                                                    Thomas H. Kovach (Bar No. 3964)
                                                    27 Crimson King Drive
                                                    Bear, Delaware 19701
                                                    (302) 836-8877
                                                    (302) 836-8787 (facsimile)
                                                    ams@saccullolegal.com
                                                    kovach@saccullolegal.com