IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | |
| : | |
| Boomerang Systems, Inc., : | Chapter 11 |
| : | |
| Debtor. : | Case No. 15-11729 (MFW) |
| : | |

## NOTES AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned Debtor (the "Debtor") hereby submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to section 521 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 1007 (the "Bankruptcy Rules"). The following notes regarding the Schedules and Statement are fully incorporated into and made part of the Schedules and Statement and should be referred to (and considered in connection with) any review of the Schedules and Statement:

1. Unless otherwise noted, the financial and other information contained in the Schedules and Statement is derived from the Debtor in accordance with the Debtor's financial reporting and accounting policies and procedures. The information provided for herein, except as otherwise noted, represents the asset and liability data of the Debtor as of the date relief was ordered.

2. Given the differences between the information to be submitted in the Schedules and Statement and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Schedules and Statement may not reflect the values and amounts that would be set forth in a balance sheet or other financial reports for the Debtor prepared in accordance with Generally Accepted Accounting

Principles.

3. The Schedules and Statement prepared by the Debtor's management and professionals are unaudited. While the Debtor has tried to ensure that the Schedules and Statement are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Schedules and Statement.

4. While the Debtor has sought to file a complete and accurate Schedules and Statement, inadvertent errors and omissions may exist. The Debtor reserves all rights to amend the Schedules and Statement, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights by the Debtor involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

5. Any failure to designate a claim on the Schedules and Statement as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to any claim, reflected on its Schedules or Statement as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves the right to amend its Schedules and Statement as necessary and appropriate.

6. The Debtor has sought to allocate liabilities between the pre-petition and post-

petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

7. Schedule "E" contains the Debtor's best estimate of all of the potential priority claims against the Debtor's estate held by governmental entities. The Debtor has not determined whether, and to what extent, any of the creditors identified on Schedule "E" in fact are entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims that are entitled to priority.

8. While reasonable efforts have been made to ensure the accuracy of Schedule "G," the Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtor hereby reserves the right to dispute the validity, status, characterization, re-characterization (whether as a disguised financings or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement this Schedule "G."

9. Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein.

Form B6

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

BOOMERANG SYSTEMS, INC.  
(Debtor)

Case No. 15-11729 (MFW)  
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (Yes/No) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ - | | |
| B - Personal Property | Yes | 6 | $ 116 | | |
| C - Property Claimed as Exempt | No | N/A | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 13,350,000 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ - | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | No | N/A | | | |
| TOTAL | | | $ 116 | $ 13,350,000 | |

Page 1 of 1

Form B6-A

BOOMERANG SYSTEMS, INC.                                    Case No.    15-11729 (MFW)
            (Debtor)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint return is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

TOTAL -> $            -
(Report also on Summary of Schedules)

Page 2 of 18

Form B6-B
(10/05)

BOOMERANG SYSTEMS, INC.  Case No. 15-11729 (MFW)
(Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on Hand. | x | | | |
| 2. Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash is held in an account at Highlands State Bank in NJ | | $ 115.88 |
| 3. Security Deposits with Public Utilities, Telephone Companies, Landlords and Other. | x | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | x | | | |

Form B6-B
(10/05)

| BOOMERANG SYSTEMS, INC. | Case No. | 15-11729 (MFW) |
|---|---|---|
| (Debtor) | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing Apparel. | x | | | |
| 7. Furs and Jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | see insurance policies on "Boomerang Sub, Inc." Schedules | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA, as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |
| 12. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% owner of Boomerang Sub, Inc., Boomerang MP Holdings Inc, and Boomerang USA Corp. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | x | | | |

Page 4 of 18

Form B6-B
(10/05)

BOOMERANG SYSTEMS, INC.                   Case No.     15-11729 (MFW)
     (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts Receivable. | x | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached Patent Tree | | unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars | x | | | |

Form B6-B
(10/05)

BOOMERANG SYSTEMS, INC.                                    Case No.         15-11729 (MFW)
       (Debtor)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings and supplies. | x | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

    Continuation sheets attached   __0__            TOTAL ->    $                115.88

(Include amounts from any continuation sheets attached. Report total also on Summary of

# Boomerang Patent Family as of June 10, 2015

**Legend:** Granted / Pending / Inactive

**BOOM 191P**
Automated Storage System
60/890,309
Filed: February 16, 2007

**BOOM 191**
Automated Storage System
12/032,671
Filed: February 16, 2008
Granted: September 4, 2012
US Patent 8,260,454
Storage Container with storage location determined upon return

**BOOM 1651C**
14/330,361 filed 07-14-2014
2014/0336815 published 11-13-2014

← CONT

**BOOM 1651A**
13/648,821 filed 10-10-2012
2013/0041546 published 02-14-2013
Stackable Trays
US 8,818,607 issued 08-26-2014

← CONT

**BOOM 1651B**
13/948,903 filed 07-23-2013
2013/0311030 published 11-21-2013
US 9,063,550 issued 06-23-2015
Offset position of AGV

↑ DIV

**BOOM 1651P**
Variable Offset Positioning Antenna for Enhanced Guidance of AGVS
61/258,006
Filed: November 4, 2009
AGV Retractable Arms; GuideWire

**BOOM 1651**
12/688,838 filed 01-15-2010
2010/0185353 published 07-22-2010
US 8,494,703 issued 07-23-2013

**BOOM 1651WO**
PCT/US2010/021285 filed 01-15-2010
2010/083474 published 07-22-2010

→ **Allowed/Granted**
BOOM 1651CN
BOOM 1651EP
BOOM 1651SG

→ **Active**
BOOM 1651AE
BOOM 1651SA
BOOM 1651CA
BOOM 1651EP
BOOM 1651IN
BOOM 1651BR
BOOM 1651SG-A
BOOM 1651SG-B
BOOM 1651EP-A

**BOOM 1791P**
Omnidirectional Drive and Steering
61/248,448
Filed: October 3, 2009
Worm Gear

**BOOM 1791**
Omnidirectional Drive and Steering
12/688,825 filed 01-15-2010
2010/0181136 published 07-22-2010
US 8,393,431 issued 03-12-2013
Worm + Bevel Gear

**BOOM 1791WO**
PCT/US2010/021284 filed 01-15-2010
2010/083473 published 07-22-2010

→ **BOOM 1791EP**
10732186.1
Exam Req. 08-12-2011
EP 2387738
Annuities Paid to Date

→ **BOOM 1791CA**
CA2750618
Exam Due 01-15-2015
Annuities Paid to Date

**BOOM 1301P**
Automated Storage System and Transport Vehicle
61/145,543
Filed: January 17, 2009
AGV Retractable Arms; Guide Wire

**BOOM 1301**
12/688,813 filed 01-15-2010
2010/0183409 published 07-22-2010
US 8,983,649 issued 03-17-2015
Grid of guide strips + RFID

**BOOM 1301WO**
PCT/US2010/021283 filed 01-15-2010
2010/083472 published 07-22-2010

→ **Allowed/Granted**
BOOM 1301CN
BOOM 1301SA
BOOM 1301SG

→ **Active**
BOOM 1301AE
BOOM 1301SA-A
BOOM 1301SG-A
BOOM 1301SG-B
BOOM 1301CA
BOOM 1301EP
BOOM 1301IN
BOOM 1301BR

# Boomerang Patent Family as of June 10, 2015
*(cont.)*

## Drives and Scissor Lift



Form B6-D

BOOMERANG SYSTEMS, INC.
(Debtor)

Case No. 15-11729 (MFW)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - "Codebtors". If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing and "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, plane an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Callateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust Company of New York (acting as Agent of the Loan and Security Agreement) 400 Madison Avenue, Suite 4D, New York, NY 10017 | x | | Loan and Security Agreement entered into on June 6, 2013 | x | x | x | $ 13,350,000.00 | unknown |
| | | | | | | TOTAL | $ 13,350,000 | $ - |

Page 9 of 18

Form B6-E

| | |
|---|---|
| BOOMERANG SYSTEMS, INC. | Case No. __15-11729 (MFW)__ |
| (Debtor) | |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to a priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

x  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**
        Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extension of credit in an involuntary case**
        Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries and commissions**
        Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475 per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**
        Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fisherman**
        Claims of certain farmers and fisherman, up to $6,150 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
        Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes, custom duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).**

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**
        Claims based on commitments to the FDIC, RTC Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital on an insured depository institution. 11 U.S.C. § 507(a)(9).

Form B6-E

BOOMERANG SYSTEMS, INC.  
(Debtor)

Case No. __15-11729 (MFW)__

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | TOTAL -> $ - | $ - | $ - |

Form B6-F

BOOMERANG SYSTEMS, INC.  
      (Debtor)

Case No.   15-11729 (MFW)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P 1007(m). Do not include claims listed in Schedule D and E. If all creditors will not fit on this page use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place and "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BrickellHouse Holding, LLC <br> 1200 Brickell Avenue, Suite 1500 <br> Miami, FL 33131 | | | | × | × | × | unknown |
| ACCOUNT NO. <br> Campus Acquisitions 308 Green, LLC <br> c/o HERE Champaign, LLC <br> 908 North Halsted St <br> Chicago, IL 60642 | | | | × | × | × | unknown |
| ACCOUNT NO. <br> Liberty Grande, LLC <br> 201 N. Ocean Drive <br> Hollywood, FL 33019 | | | | × | × | × | unknown |
| ACCOUNT NO. <br> HERE Lawrence Property Owner, LLC | | | | × | × | × | unknown |

Form B6-F

BOOMERANG SYSTEMS, INC.  
(Debtor)

Case No. 15-11729 (MFW)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| ACCOUNT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BrickellHouse Holding, LLC<br>1200 Brickell Avenue, Suite 1500<br>Miami, FL 33131 | | | | × | × | × | unknown |
| ACCOUNT NO.<br>BrickellHouse Condominium Association | | | | × | × | × | unknown |

Form B6-F

BOOMERANG SYSTEMS, INC.  Case No. 15-11729 (MFW)
(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| ACCOUNT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Historical Society of Martin County | | | | × | × | × | unknown |

NOTE: (Use only on last page of the completed Schedule F). (Report also on Summary of Schedules). TOTAL -> $ -

Form B6-G
(10/05)

BOOMERANG SYSTEMS, INC.                              Case No.          15-11729 (MFW)
_____
        (Debtor)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BrickellHouse Holding, LLC, 1200 Brickell Avenue, Suite 1500, Miami, FL 33131 | BrickellHouse Project |
| Campus Acquisitions 308 Green Street LLC, 908 North Halsted Street, Chicago, IL 60642 | Champaign, IL Project |
| Liberty Grande, LLC, 201 North Ocean Drive, Hollywood, FL 33019 | Costa Hollywood Project |
| HERE Lawrence Property Owner, LLC | Kansas University Project |
| BrickellHouse Holding, LLC, 1200 Brickell Avenue, Suite 1500, Miami, FL 33131 | BrickellHouse Marketing Contract |
| Brickellouse Condominium Association, Inc.; BrickellHouse Holding, LLC | BrickellHouse Condo Association Maintenance Contract |
| Historical Society of Martin County | Elliot Museum Contract |

**NOTE:**

Form B6-H

| BOOMERANG SYSTEMS, INC. | Case No. | 15-11729 (MFW) |
|---|---|---|
| (Debtor) | | |

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and cosignors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commence of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.Bankr.P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Boomerang Sub, Inc.<br>30 A Vreeland Road, Suite 150<br>Florham Park, NJ 07932<br><br>Boomerang MP Holdings (same address as Boomerang Sub, Inc.)<br>Boomerang USA Corp (same address as Boomerang Sub, Inc.)<br><br>* See Note Below | Law Debenture Trust Company of New York (acting as Agent of the Loan and Security Agreement)<br>400 Madison Avenue, Suite 4D, New York, NY 10017 |

**\* NOTE:**

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, disputed or unliquidated, and listed elsewhere in the Schedules and Statements, such claims have not been set forth individually on a Schedule H. As stated below, Schedule H also reflects guaranties by various Debtors and non-Debtor affiliates of obligations primarily vested in other related affiliates. The Debtors may not have identified certain guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Further, the Debtors believe that certain of the guaranties reflected on Schedule H may have expired or are no longer enforceable. Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional guaranties are identified or such guaranties are discovered to have expired or are unenforceable.

Official Form 6

BOOMERANG SYSTEMS, INC.
(Debtor)

Case No.    15-11729 (MFW)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: 9/18/15           Signature: _[signed]_, CFO

Date: _____       Signature: _____

[If joint case, both spouses must sign]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Anthony Barsanti, the Authorized Signatory of FL 6801 Collins Central LLC, named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 22 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.