IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOOMERANG SYSTEMS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-11729 (MFW)<br><br>Jointly Administered<br>**Re Docket No. 291** |

*NO ORDER REQUIRED* **CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF GAVIN/SOLMONESE LLC, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>OCTOBER 1, 2015 THROUGH OCTOBER 31, 2015</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Second Monthly Fee Application Of Gavin/Solmonese LLC, Financial Advisor To The Official Committee Of Unsecured Creditors, For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From October 1, 2015 Through October 31, 2015* (the "Application"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 11, 2015 at 4:00 p.m. (Eastern).

**[remainder of the page intentionally blank]**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address of each of the Debtors is 30 A Vreeland Road, Suite 150, Florham Park, New Jersey 07932.

Gavin/Solmonese LLC is entitled to monthly payment of 80% of the compensation earned and 100% of the expenses incurred, as set forth in the Application.

| | |
|---|---|
| Dated: December 15, 2015 | A. M. SACCULLO LEGAL, LLC |

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Thomas H. Kovach (Bar No. 3964)
27 Crimson King Drive
Bear, Delaware 19701
(302) 836-8877
(302) 836-8787 (facsimile)
ams@saccullolegal.com
kovach@saccullolegal.com

*Counsel to the Official Committee of Unsecured Creditors*