## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------X
                                          :
In re:                                    :      Chapter 11
                                          :
BOOMERANG SYSTEMS, INC., et al.,[1]       :      Case No. 15-11729 (MFW)
                                          :
                                          :      (Jointly Administered)
                    Debtors.              :
------------------------------------------------------------------X      Re: Docket No(s). 282, 324
```

## ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365 EFFECTIVE AS OF DECEMBER 1, 2015 AND DECEMBER 16, 2015

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession the ("Debtors") for entry of an order, pursuant to section 365 title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject the unexpired leases as set forth in **Exhibit A** annexed to the Motion (the "Unexpired Leases"); and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Unexpired Leases listed on **Exhibit A** attached to the Motion are deemed rejected effective as of December 1, 2015 with respect to the Housing Lease and

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is 30 A Vreeland Road, Suite 150, Florham Park, New Jersey 07932.

[2]     Each capitalized term not otherwise defined shall have the meaning ascribed to such terms in the Motion.

December 16, 2015 with respect to the Headquarters Lease, without prejudice to the Debtors' rights to assert that the Unexpired Leases were terminated prior to December 1, 2015 and December 16, 2015, respectively; and it is further

ORDERED that within three (3) business days after entry of this Order, the Debtors will serve this Order on the counterparty to each Unexpired Lease; and it is further

ORDERED that the counterparty to each Unexpired Lease must file a claim in connection with such rejected Unexpired Lease for the rejection, breach or termination of such rejected Unexpired Lease within thirty (30) days after service of this Order, failing which such claim or claims by the counterparty shall be forever barred; and it is further

ORDERED that the Debtors reserve all rights to contest any such claim and to contest the characterization of each Unexpired Lease, and to contest whether such Unexpired Leases may have terminated prior to December 1, 2015 with respect to the Housing Lease and December 16, 2015 with respect to the Headquarters Lease, or otherwise; and it is further

ORDERED that the Debtors do not waive any claims that they may have against the counterparty to any rejected Unexpired Leases, whether or not such claims are related to such Unexpired Leases; and it is further

ORDERED that, notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, or 9014, or otherwise, the terms and condition of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

ORDERED that the Debtors shall surrender possession of the premises subject to the Headquarters Lease to the landlord, 30A Vreeland Associates, LLC on the December 16, 2015 date of rejection; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: December __17__, 2015

The Honorable Mary F. Walrath
United States Bankruptcy Judge