IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re: : Chapter 11
:
BOOMERANG SYSTEMS, INC., *et al.*,[1] : Case No. 15-11729 (MFW)
:
:
Debtors. : (Jointly Administered)
---------------------------------------------------------------X

**THIRD MONTHLY APPLICATION OF SULLIVAN & WORCESTER LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE MONTHLY PERIOD FROM NOVEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015**

| | |
|---|---|
| Name of Applicant: | Sullivan & Worcester LLP |
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | September 14, 2015 (order entered October 16, 2015) |
| Period for which compensation and reimbursement is sought: | November 1, 2015 through and including November 30, 2015 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $46,938.00 |
| 80% of Monthly Compensation sought immediately[2]: | $37,550.40 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $463.56 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is 30 A Vreeland Road, Suite 150, Florham Park, New Jersey 07932.

[2] Pursuant to the Interim Compensation Order (defined below), 80% of the monthly compensation amount is to be paid by the Debtor upon receipt of the CNO (defined below), while the remaining 20% of this amount is to be held over by the Debtor and paid on a quarterly basis, as more fully described therein.

| This is a: | __X__ monthly ___ final application |
|---|---|
| Prior Applications: Periods | Period 1: September 14, 2015 through and including September 30, 2015;<br><br>Period 2: October 1, 2015 through and including October 31, 2015. |
| Prior Applications: Compensation and Expenses | Period 1: 80% of Monthly Compensation ($63,222.80) and 100% of Expenses ($300.15);<br><br>Period 2: 80% of Monthly Compensation ($42,050.40) and 100% of Expenses ($1,231.60). |

### COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey R. Gleit | Partner | $705 | 46.30 | $32,641.50 |
| Jeffrey R. Gleit (travel) | Partner | $352.50 | 3.00 | $1,057.50 |
| Jeanne P. Darcey | Partner | $645 | | |
| Jeanne P. Darcey | Partner | $322.50 | | |
| Jon M. Jenkins | Partner | $820 | | |
| Amy A. Zuccarello | Partner | $560 | 0.50 | $280.00 |
| Caitlin C. Fahey | Associate | $325 | 7.80 | $2,535.00 |
| Nathaniel R.B. Koslof | Associate | $350 | 24.80 | $8,680.00 |

| Nathaniel R.B. Koslof | Associate | $175 | | |
|---|---|---|---|---|
| Shu Wei | Associate | $380 | 2.30 | $874.00 |
| Richard Lombardo | Paralegal | $310 | | |
| Brian Cooley | Paralegal | $275 | 2.40 | 660.00 |
| Emma Maynard | Paralegal | $210.00 | 1.00 | 210.00 |
| Virna Pepe | Paralegal | $265 | | |
| **Grand Total:** | | | 88.10 | 46,938.00 |
| **Blended Rate:** | | 532.78 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | ---: | ---: |
| Case Administration (B 110) | 4.40 | $1,291.00 |
| Client Status Calls / Meetings (B 115) | | |
| Asset Analysis and Recovery (B 120) | | |
| Asset Disposition (B 130) | 0.90 | $634.50 |
| Surety Bond Issues (B 135) | | |
| Relief from Stay/Adequate Protection Proceedings (B140) | | |
| Meetings of and Communications with Creditors (B 150) | | |
| Fee / Employment Applications (B 160) | 2.70 | $1,016.00 |
| Other Fees / Employment Application (B165) | | |
| Fee / Employment Objections (B 170) | | |
| Avoidance Action Analysis (B 180) | | |
| Assumption / Rejection of Leases and Contracts (B 185) | 8.00 | $2,676.00 |
| Other Contested Matters (excluding assumption / rejection motions) (B 190) | 13.30 | $4,655.00 |
| Hearings (Attendance and Preparation) (B 195) | 3.50 | $1,410.00 |
| Business Operations (B 210) | 0.20 | $141.00 |
| Employee Benefits / Pensions (B 220) | | |
| Financing / Cash Collections (B 230) | 23.40 | $14,507.00 |
| Tax Issues (B 240) | | |
| Real Estate (B 250) | | |
| Board of Directors Matters (B 260) | | |
| Claims Administration and Objections (B 310) | 0.90 | $634.50 |

| | | |
|---|---:|---:|
| Plan and Disclosure Statement (including Business Plan) (B 320) | 28.50 | $18,529.00 |
| General Bankruptcy Advice / Opinions (B 410) | | |
| Restructurings (B 420) | | |
| Non-Working Travel (B 430) | | |
| Litigation (B 510) | 0.70 | $316.00 |
| Executory Contracts (B 610) | 1.60 | $1,128.00 |
| Utilities (B 710) | | |
| **TOTAL** | **88.10** | **46,938.00** |

## MONTHLY EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Reproduction Charges | 5.20 |
| Misc. Outside Charges | |
| Delivery/Courier | 0.48 |
| Working Meals | |
| Travel Meals | |
| Travel Expenses | 372.00 |
| Litigation Support/Scan | |
| Teleconference/Video Conference | 16.93 |
| Staff Overtime | |
| Computerized Legal Research | 68.95 |
| Docket Retrieval/Search | |
| **TOTAL** | **463.56** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------X
:
In re:                                          :         Chapter 11
:
BOOMERANG SYSTEMS, INC., *et al.*[1]            :         Case No. 15-11729 (MFW)
:
:         (Jointly Administered)
:
:
             Debtors.                           :         Obj. Deadline: December 16, 2015
---------------------------------------------------------------X

**THIRD MONTHLY APPLICATION OF SULLIVAN & WORCESTER LLP AS
COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE MONTHLY PERIOD FROM
NOVEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain Order Authorizing (I) The Employment and Retention of Togut, Segal & Segal LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date Through September 13, 2015 and (II) the Employment and Retention of Sullivan & Worcester LLP as Counsel to the Debtors as of September 14, 2015 [Docket No. 242] (the "Retention Order") and that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 244] (the "Interim Compensation Order"), the law firm of Sullivan & Worcester LLP ("S&W") hereby applies (the "Third Application") to the Court for reasonable compensation for professional legal services rendered as counsel to Boomerang System, Inc.,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is 30 A Vreeland Road, Suite 150, Florham Park, New Jersey 07932.

7

and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors"), in the amount of $46,938.00, together with reimbursement for actual and necessary expenses incurred in the amount of $463.56, for the monthly period November 1, 2015 through and including November 30, 2015 (the "Third Fee Period").  Pursuant to the terms of the Interim Compensation Order, S&W is only seeking payment of eighty percent (80%) of its fees incurred ($37,550.40) and reimbursement of one hundred percent (100%) of its expenses for the Third Fee Period.   In support of this Third Application, S&W respectfully represents as follows:

## BACKGROUND

1.On August 18, 2015 (the "Petition Date"), each of the Debtors filed a petition with this Court under chapter 11 of the Bankruptcy Code.

2.Pursuant to the Retention Order, Togut, Segal & Segal LLP ("Togut") was retained as general bankruptcy counsel *nunc pro tunc* from the Petition Date through September 13, 2015, and S&W was retained to represent the Debtors as bankruptcy counsel in connection with these chapter 11 cases as of September 14, 2015. The Retention Order authorizes S&W to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3.On October 20, 2015, S&W filed its *First Monthly Application of Sullivan & Worcester LLP as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from September 14, 2015 through and including September 30, 2015* (the "First Application").

4.	On November 12, 2015, S&W filed a CNO (defined below) regarding the First Application [Docket No. 273], authorizing the Debtors to pay eighty percent (80%) of its fees incurred (totaling $63,222.80) and one hundred percent (100%) of its expenses ($300.15) requested in the First Application.

5.	On December 3, 2015, S&W filed its *Second Monthly Application of Sullivan & Worcester LLP as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from October 1, 2015 through and including October 31, 2015* [Docket No. 305] (the "Second Application").

6.	On December 9, 2015, S&W filed its *Amended Second Monthly Application of Sullivan & Worcester LLP as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from October 1, 2015 through and including October 31, 2015* [Docket No. 313] (the "Amended Second Application").

7.	On December 28, 2015, S&W filed a CNO (defined below) regarding the Amended Second Application [Docket No. 345], authorizing the Debtors to pay eighty percent (80%) of its fees incurred totaling $42,050.40 and one hundred percent (100%) of its expenses ($1,231.60) requested in the Amended Second Application.

8.	Pursuant to the Interim Compensation Order, S&W has provided notice of this Second Application to all required parties (the "Notice Parties"). If no objections are filed within 21 days from the date of service of the fee application (here, January 14, 2016, or the "Objection Deadline"), S&W may file a certificate of no objection ("CNO"). Upon receipt of the CNO, the Debtors will promptly pay S&W an amount equal to the lessor of (i) eighty percent

(80%) of the fees and one hundred percent (100%) of the expenses requested in this Second Application, or (ii) the aggregate amount of fees and expenses not subject to an objection.

9.  All services for which compensation is requested herein by S&W were performed for or on behalf of the Debtors.

## SUMMARY OF SERVICES RENDERED

10.  Attached hereto as Exhibit A is a detailed statement of fees and expenses incurred during the Third Fee Period, showing the amount of $46,938.00 due for fees.

11.  The services rendered by S&W during the Third Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

12.  Exhibit A attached hereto also details the expenses paid by S&W during the Third Fee Period, showing the amount of $463.56 for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by S&W to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Third Fee

Period may be found attached hereto as <u>Exhibit A</u>. Costs incurred for overtime and computer assisted research are not included in S&W's normal hourly billing rates and, therefore, are itemized and included in S&W's disbursements. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), S&W represents that for this case its rate for duplication is $.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## **VALUATION OF SERVICES**

13. Attorneys and paraprofessionals of S&W have expended a total of 111.30 hours in connection with this matter during the Third Fee Period.

14. The amount of time spent by each of these persons providing services to the Debtors for the Third Fee Period is fully set forth in the detail attached hereto as <u>Exhibit A</u>. These are S&W's normal hourly rates of compensation for work of this character.

15. The reasonable value of the services rendered by S&W for the Third Fee Period as counsel for the Debtors and Debtors in Possession in these cases is $46,938.00.

16. S&W believes that the time entries and expense breakdown included in <u>Exhibit A</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

17. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the

value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

18. Pursuant to the Interim Compensation Order, S&W has provided notice to all required parties (the "Notice Parties"). If no objections are filed on or before the Objection deadline, S&W may file a CNO. Upon receipt of the CNO, the Debtors will promptly pay S&W an amount equal to the lessor of (i) eighty percent (80%) of the fees ($37,550.40) and one hundred percent (100%) of the expenses requested in this Application, or (ii) the aggregate amount of fees and expenses not subject to an objection.

19. This Third Application covers the fee period from November 1, 2015 through and including November 30, 2015. S&W has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Third Fee Period, for which S&W will file subsequent monthly fee applications.

## **CONCLUSION**

WHEREFORE, S&W requests that allowance be made to it in the sum of $37,550.40 as compensation for eighty percent (80%) of necessary professional services rendered to the Debtors for the Third Fee Period, and the sum of $463.56 for reimbursement of one hundred percent (100%) of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: December 28, 2015

Wilmington, Delaware

**SULLIVAN & WORCESTER LLP**

/s/ Jeffrey R. Gleit
Jeffrey R. Gleit (admitted *pro hac vice*)
1633 Broadway
New York, NY  10019
Tel: 212-660-3043
Fax: 212-660-3001

*Counsel for the Debtors and Debtors in Possession*