IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
:
In re: : Chapter 11
:
BOOMERANG SYSTEMS, INC., *et al.,*[1] : Case No. 15-11729 (MFW)
:
:
Debtors. : (Jointly Administered)
---------------------------------------------------------------X

**THIRD MONTHLY APPLICATION OF BERG & ANDROPHY
AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND
DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE MONTHLY PERIOD
FROM NOVEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015**

| Name of Applicant: | Berg & Androphy |
|---|---|
| Authorized to Provide Professional Services to: | The Debtors |
| Date of Retention: | *nunc pro tunc* (order entered September 23, 2015) |
| Period for which compensation and reimbursement is sought: | November 1, 2015 through and including November 30, 2015 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $56,645.00 |
| 80% of Monthly Compensation sought immediately:[2] | $45,316.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $1,814.15 |
| This is a: | _X_ monthly ___ final application |
| This application includes 0.0 hours and $0.00 in fees incurred in connection with the preparation of monthly fee applications. ||

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is P.O. Box 598, Florham Park, New Jersey 07932.

[2] Pursuant to the Interim Compensation Order (defined below), 80% of the monthly compensation amount is to be paid by the Debtor upon receipt of the CNO (defined below), while the remaining 20% of this amount is to be held over by the Debtor and paid on a quarterly basis, as more fully described therein.

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael M. Fay | Partner | $950 | 36.90 | $35,055.00 |
| Jenny H. Kim | Partner | $675 | 15.00 | $10,125.00 |
| Chris L. Sprengle | Associate | $450 | 8.60 | $3,870.00 |
| Kurt A. Emhoff | Associate | $350 | 13.20 | $4,620.00 |
| Jason M. Herbst | Associate | $350 | 7.20 | $2,520.00 |
| Lusia Lee | Paralegal | $175 | 2.60 | $455.00 |
| **Grand Total:** | | | | $56,645.00 |
| **Blended Rate:** | | $525.62 | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Creditor Communications (B150) | 0.90 | $855.00 |
| Non-Working Travel (B165) | 5.80 | $5,510.00 |
| Assumption / Rejection of Contracts (B185) | 6.70 | $6,365.00 |
| Other Contested Matters (B190) | 21.30 | $8,770.00 |
| Hearings (Attendance & Preparation) (B195) | 3.70 | $3,515.00 |
| Business Operations (B210) | 0.80 | $760.00 |
| Financing / Cash Collections (B230) | 14.60 | $11,212.50 |
| Board of Directors Matters (B260) | 2.60 | $1,755.00 |
| Plan / Disclosure Statement (B320) | 6.70 | $5,952.50 |
| Litigation / Discovery (B510) | 20.00 | $11,880.00 |
| Document / File Management (L140) | 0.40 | $70.00 |
| **TOTAL** | | **$56,645.00** |

## MONTHLY EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Business Meals | $19.05 |
| Computerized Legal Research (Westlaw) | $607.75 |
| Copying – In-house | $9.40 |
| Other Delivery | $16.39 |
| Local Transportation (Late Night) | $14.70 |
| Records | $233.60 |
| Travel Expenses | $913.26 |
| **TOTAL** | **$1,814.15** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re: : Chapter 11
:
BOOMERANG SYSTEMS, INC., *et al.*,[3] : Case No. 15-11729 (MFW)
:
: (Jointly Administered)
:
Debtors. : Obj. Deadline: January 21, 2016
---------------------------------------------------------------X

**THIRD MONTHLY APPLICATION OF BERG & ANDROPHY AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE MONTHLY PERIOD FROM NOVEMBER 1, 2015 THROUGH AND INCLUDING NOVEMBER 30, 2015**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain Order Authorizing The Employment and Retention of Berg & Androphy as special litigation counsel to the Debtors and Debtors-in-Possession, *nunc pro tunc* to August 18, 2015 [Docket No. 168] (the "Retention Order") and that certain Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 244] (the "Interim Compensation Order"), the law firm of Berg & Androphy ("B&A") hereby applies (the "Application") to the Court for reasonable compensation for professional legal services rendered as special litigation counsel to Boomerang Systems, Inc., and its affiliated debtors and debtors-in-possession (each, a "Debtor," and collectively, the "Debtors"), in the amount of $56,645.00, together with reimbursement for actual and necessary expenses incurred in the amount of

---

[3] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is P.O. Box 598, Florham Park, New Jersey 07932.

$1,814.15, for the monthly period November 1, 2015 through and including November 30, 2015 (the "Third Fee Period"). Pursuant to the terms of the Interim Compensation Order, in this Application, B&A is only seeking payment of eighty percent (80%) of its fees incurred and reimbursement of one hundred percent (100%) of its expenses for the Third Fee Period. In support of this Application, B&A respectfully represents as follows:

## BACKGROUND

1. On August 18, 2015 (the "Petition Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, B&A was retained as special litigation counsel *nunc pro tunc* to August 18, 2015 to represent the Debtors. The Retention Order authorizes B&A to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. Pursuant to the Interim Compensation Order, B&A has provided notice of this fee application to all required parties (the "Notice Parties"). If no objections are filed within 21 days from the date of service of the fee application, (*i.e.*, January 21, 2016, the "Objection Deadline"), B&A may file a certificate of no objection ("CNO"). Upon receipt of the CNO, the Debtors will promptly pay B&A an amount equal to the lesser of (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in this Application, or (ii) the aggregate amount of fees and expenses not subject to an objection.

4. All services for which compensation is requested herein by B&A were performed for, or on behalf of, the Debtors.

**SUMMARY OF SERVICES RENDERED**

5. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Third Fee Period, showing the amount of $56,645.00 due for fees.

6. The services rendered by B&A during the Third Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

**DISBURSEMENTS**

7. Exhibit B attached hereto is a detailed statement of expenses paid by B&A during the Third Fee Period, showing the amount of $1,814.15 for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "business meals" (*i.e.*, late night meals), computerized research, as well as other non-ordinary overhead expenses. A complete review by category of the expenses incurred for the Third Fee Period may be found in the attachments hereto as Exhibit B. Costs incurred for computer assisted research are not included in B&A's normal hourly billing rates and, therefore, are itemized and included in B&A's disbursements. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), B&A represents that for this case its rate for duplication is $0.10 per page, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8. Attorneys and paraprofessionals of B&A have expended a total of 83.50 hours in connection with this matter during the Third Fee Period.

9. The amount of time spent by each of these persons providing services to the Debtors for the Third Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are B&A's normal hourly rates of compensation for work of this character.

10. The reasonable value of the services rendered by B&A for the Third Fee Period as counsel for the Debtors in these cases is $56,645.00.

11. B&A believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

13. Pursuant to the Interim Compensation Order, B&A has provided notice to the Notice Parties. If no objections are filed on or before the Objection Deadline, B&A may file a CNO. Upon receipt of the CNO, the Debtors will promptly pay B&A an amount equal to the lesser of (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in this Application, or (ii) the aggregate amount of fees and expenses not subject to an objection.

14. This Application covers the fee period from November 1, 2015 through and including November 30, 2015. B&A has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Third Fee Period, for which B&A will file subsequent monthly fee applications.

## CONCLUSION

WHEREFORE, with this Application, B&A requests that allowance be made to it in the sum of $45,316.00 as compensation for eighty percent (80%) of necessary professional services rendered to the Debtors for the Third Fee Period, and the sum of $1,814.15 for reimbursement of one hundred percent (100%) of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: December 31, 2015
       Wilmington, Delaware

                HOGAN MCDANIEL

                */s/ Garvan F. McDaniel*
                Garvan F. McDaniel (DE Bar No. 4167)
                1311 Delaware Avenue
                Wilmington, DE 19806
                Tel: (302) 656-7540
                Fax: (302) 656-7599
                gmcdaniel@dkhogan.com
                *Local Counsel for the Debtors and*
                *Debtors-in-Possession*

                - and -

Michal M. Fay (admitted *pro hac vice*)
Jenny H. Kim (admitted *pro hac vice*)
BERG & ANDROPHY
120 West 45th Street, 38th Floor
New York, NY 10036
Tel: (646) 766-0073
Fax: (646) 219-1977
mfay@bafirm.com
jkim@bafirm.com

*Special Litigation Counsel to the Debtors and Debtors-in-Possession*