IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                        :

In re:                                                :         Chapter 11

BOOMERANG SYSTEMS, INC., *et al.*,[1]     :         Case No. 15-11729 (MFW)
                                                :         (Jointly Administered)

                        Debtors.      :         **Related Docket No. 276**
---------------------------------------------------------------X

**CERTIFICATION OF COUNSEL RE: FIRST MONTHLY APPLICATION OF CIARDI CIARDI & ASTIN AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE MONTHLY PERIOD FROM AUGUST 18, 2015 THROUGH AND INCLUDING OCTOBER 31, 2015**

       The undersigned counsel hereby certifies that, with the exception of the below-referenced resolution with the Office of the U.S. Trustee, he is unaware of any unresolved formal or informal objections or responses to the First Monthly Application of Ciardi Ciardi & Astin ("CC&A") as Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Monthly Period from August 18, 2015 Through and Including October 31, 2015 [Docket No. 276] (the "Application"), filed by counsel Ciardi Ciardi & Astin ("CC&A") on November 13, 2015 in the above-captioned cases of the debtors and debtors-in-possession (the "Debtors"). The undersigned counsel further certifies that he has reviewed the Court's docket and no formal objection to the Application appears thereon.

       After the Application was filed, the Office of the U.S. Trustee raised certain informal issues with same. The Office of the U.S. Trustee and CC&A have agreed that, provided that the total

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733). The address for each of the Debtors is 30 A Vreeland Road, Suite 150, Florham Park, New Jersey 07932.

amount of the compensation request reflected in the Application is reduced by $3,595.50, it has no further objection to the Application.

Pursuant to the Order Pursuant to Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures [Docket No. 244] (the "Interim Compensation Order"), the notice of the Application set a deadline of December 4, 2015 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay eighty percent (80%) of its fees incurred (eighty percent of the amount requested (minus the $3,595.50 reduction), totaling $59,419.20) and one hundred percent (100%) of the expenses ($6,037.47) requested in the Application.

Dated:  Wilmington, Delaware
        December 31, 2015

CIARDI, CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Tel:  (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

- and –

2

        Jeffrey R. Gleit (Admitted *pro hac vice*)
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10119
Tel:  (212) 660-3043
Fax:  (212) 660-3001

Counsel for the Debtors
 and Debtors in Possession