UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Boomerang Systems, Inc　　　　　　　　Case No. 15-11729
　　　　　　　　　　　　　　　　　　　　　　Reporting Period: December 2015

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | pending | | |
| Cash disbursements journals | | | NA | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | X | | |
| Copies of tax returns filed during reporting period | | pending | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____　　　　_____
Signature of Debtor　　　　　　　　　　　Date

_____　　　　_____
Signature of Joint Debtor　　　　　　　　Date

*[signature]*　　　　　　　　　　　　　　1/20/16
Signature of Authorized Individual*　　　Date

Ryan Campbell　　　　　　　　　　　　　Treasurer
Printed Name of Authorized Individual　　Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**Boomerang Systems, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Disbursements by Entity**
Reporting Date: December 31, 2015

December 31, 2015

| | | Actual | | | | Budget |
|---|---|---|---|---|---|---|
| Case Number | Boomerang Sub, Inc 15-11731 | Boomerang Systems, Inc 15-11729 | Boomerang USA Corp 15-11732 | Boomerang MP Holdings, Inc 15-11733 | Consolidated Total | Consolidated Total |
| Beginning Cash Balance | 121,186 | - | - | - | 121,186 | 655,558 |
| **Cash Inflows:** | | | | | | |
| Brickell House operating agreement | - | - | - | - | - | 50,000 |
| DIP Funding | 250,000 | - | - | - | 250,000 | 500,000 |
| Other | - | - | - | - | - | - |
| **TOTAL CASH INFLOWS** | 250,000 | - | - | - | 250,000 | 550,000 |
| **Cash Outflows:** | | | | | | |
| Salaries and Taxes | 68,934 | - | - | - | 68,934 | 236,531 |
| Benefits and Related | 2,164 | - | - | - | 2,164 | 35,000 |
| Consultants | - | - | - | - | - | 11,708 |
| Assumed Contracts | - | - | - | - | - | - |
| IT Infrastructure | 1,960 | - | - | - | 1,960 | 11,575 |
| AMEX | - | - | - | - | - | - |
| Employee expense reports | 2,907 | - | - | - | 2,907 | 33,918 |
| Legal and Professional | 97,250 | - | - | - | 97,250 | 743,333 |
| Agent | - | - | - | - | - | - |
| Rent | 6,600 | - | - | - | 6,600 | - |
| Insurance (gl,pl,etc) | 11,925 | - | - | - | 11,925 | - |
| Other office related expenses | 584 | - | - | - | 584 | 6,000 |
| Other | - | - | - | - | - | - |
| Adjustments | - | - | - | - | - | - |
| Contingency | - | - | - | - | - | 34,802 |
| **TOTAL CASH OUTFLOWS** | 192,323 | - | - | - | 192,323 | 1,112,867 |
| **ENDING CASH BALANCE** | 178,863 | - | - | - | 178,863 | 92,691 |

**Boomerang Systems, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Disbursements by Entity**
**Reporting Date: December 31, 2015**

Cumulative to December 31, 2015

| | Actual | | | | | Budget |
|---|---|---|---|---|---|---|
| | Boomerang Sub, Inc 15-11731 | Boomerang Systems, Inc 15-11729 | Boomerang USA Corp 15-11732 | Boomerang MP Holdings, Inc 15-11733 | Consolidated Total | Consolidated Total |
| Beginning Cash Balance | 346,152 | - | - | - | 346,152 | 346,152 |
| **Cash Inflows:** | | | | | | |
| Brickell House operating agreement | 50,000 | - | - | - | 50,000 | 200,000 |
| DIP Funding | 1,250,000 | - | - | - | 1,250,000 | 2,500,000 |
| Other | 3,153 | - | - | - | 3,153 | 1,000 |
| TOTAL CASH INFLOWS | 1,303,153 | - | - | - | 1,303,153 | 2,701,000 |
| **Cash Outflows:** | | | | | | |
| Salaries and Taxes | 921,203 | - | - | - | 921,203 | 1,066,709 |
| Benefits and Related | 88,959 | - | - | - | 88,959 | 105,000 |
| Consultants | 43,386 | - | - | - | 43,386 | 33,358 |
| Assumed Contracts | - | - | - | - | - | - |
| IT Infrastructure | 6,493 | - | - | - | 6,493 | 22,675 |
| AMEX | - | - | - | - | - | - |
| Employee expense reports | 140,613 | - | - | - | 140,613 | 137,013 |
| Legal and Professional | 119,600 | - | - | - | 119,600 | 743,334 |
| Agent | - | - | - | - | - | - |
| Rent | 44,448 | - | - | - | 44,448 | 45,084 |
| Insurance (gl,pl,etc) | 76,352 | - | - | - | 76,352 | 52,664 |
| Other office related expenses | 20,773 | - | - | - | 20,773 | 18,984 |
| Other | 8,615 | - | - | - | 8,615 | 506 |
| Adjustments | - | - | - | - | - | - |
| Contingency | - | - | - | - | - | 51,764 |
| TOTAL CASH OUTFLOWS | 1,470,442 | - | - | - | 1,470,442 | 2,277,090 |
| ENDING CASH BALANCE | 178,863 | - | - | - | 178,863 | 770,061 |

Boomerang Systems
Bank Reconciliation
Reporting Date: December 31, 2015
Case Number 15-11729 (MFW)

| GL account | 100001 Highlands Checking | 102001 Highlands Payroll | 10007 Iberia Checking | 105002 Zions Checking | 10005 Zions Brickell | 1004001 Fulton | 1001001 Highlands Saving | 10008 Bank of America Checking | 1001001 Bank of America Payroll | 1001001 Bank of America Saving | Subtotal | 10006 Zions Costa | 1001001 Bank of America Costa | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance per Bank | 171,030 | 3,654 | - | 1,989 | 598 | 1,981 | 6,200 | 2,402 | - | - | 187,854 | 620,875 | - | 808,729 |
| Deposits in Transit | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Outstanding Checks | 5,917 | 150 | 2,228 | 696 | - | - | - | - | - | - | 8,992 | - | - | 8,992 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance per Books | 165,112 | 3,504 | (2,228) | 1,292 | 598 | 1,981 | 6,200 | 2,402 | - | - | 178,863 | 620,875 | - | 799,737 |

Boomerang Systems, Inc
Case Number 15-11729 (MFW)
Schedule of Professional Fees and Expenses Paid
Reporting Period: December 31, 2015

| Payee | Period Covered | Amount Allowed | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year to Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| A.M. Saccullo Legal, LLC | | 100,678 | Boomerang Sub, Inc. | wire | 12/30/15 | 10,775 | 1,225 | 10,775 | 1,225 |
| Berg & Androphy | | 379,184 | Boomerang Sub, Inc. | wire | 12/30/15 | 19,930 | 10,070 | 19,930 | 10,070 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | | 50,000 | Boomerang Sub, Inc. | wire | 12/30/15 | 6,000 | - | 6,000 | - |
| Garden City Group, LLC | | 45,000 | Boomerang Sub, Inc. | wire | 12/30/15 | 6,750 | - | 6,750 | - |
| Gavin Solmonese | | 14,283 | Boomerang Sub, Inc. | wire | 12/30/15 | 19,729 | 271 | 19,729 | 271 |
| Gellert Scali Busenkell & Brown LLC | | 1,500 | Boomerang Sub, Inc. | wire | 12/30/15 | 1,500 | - | 1,500 | - |
| Sullivan & Worcester LLP | | 144,819 | Boomerang Sub, Inc. | wire | 12/30/15 | 19,005 | 1,995 | 19,005 | 1,995 |

**BOOMERANG SYSTEMS, INC. AND SUBSIDIARIES**
**INCOME STATEMENT**
**DECEMBER 2015**

| | December 2015 Consolidating (Unaudited) | Boomerang Sub (Unaudited) | Boomerang Systems (Unaudited) | Boomerang USA (Unaudited) | Boomerang MP (Unaudited) |
|---|---|---|---|---|---|
| **Revenues:** | | | | | |
| System sales | $     - | - | - | - | - |
| Total Revenues | - | - | - | - | - |
| Cost of Goods Sold | - | - | - | - | - |
| Gross Profit | - | - | - | - | - |
| **Operating Expenses:** | | | | | |
| Insurance | 7,696 | 7,696 | - | - | - |
| Benefits | 2,351 | 2,351 | - | - | - |
| Rent | - | - | - | - | - |
| Salaries | 75,612 | 75,612 | - | - | - |
| Supplies | 821 | 821 | - | - | - |
| Taxes - Payroll | 3,829 | 3,829 | - | - | - |
| Travel and Entertainment | 6,134 | 6,134 | - | - | - |
| Utilities | 1,619 | 1,619 | - | - | - |
| Other | 1,264 | 1,259 | 5 | - | - |
| Research and development | - | - | - | - | - |
| Total Operating Expenses Before Depreciation | 99,326 | 99,321 | 5 | - | - |
| Depreciation and amortization | - | - | - | - | - |
| Net (Loss) Before Other Income & Expenses | (99,326) | (99,321) | (5) | - | - |
| **Other income (expenses):** | | | | | |
| Other Income | - | - | - | - | - |
| Interest Expense | (189,097) | - | (189,097) | - | - |
| Other Expenses | - | - | - | - | - |
| Net (Loss) Before Reorganization Items | (288,423) | (99,321) | (189,102) | - | - |
| **Reorganization Items:** | | | | | |
| US Trustee Quarterly Fees | - | - | - | - | - |
| Professional Fees | (713,765) | (713,765) | - | - | - |
| Other Bankruptcy Fees | - | - | - | - | - |
| Interest Earned on Accumulated Cash from Ch11 | 2 | 2 | - | - | - |
| Total Reorganization Items | (713,763) | (713,763) | - | - | - |
| Income Taxes | - | - | - | - | - |
| Net (Loss) | $ (1,002,186) | (813,084) | (189,102) | - | - |

See accompanying explanatory note

**BOOMERANG SYSTEMS, INC. AND SUBSIDIARIES**
**BALANCE SHEET**
**DECEMBER 31, 2015**

| | December 31, 2015 Consolidating (Unaudited) | Boomerang Sub (Unaudited) | Boomerang Systems (Unaudited) | Boomerang USA (Unaudited) | Boomerang MP (Unaudited) |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets:** | | | | | |
| Cash and cash equivalents | $ 799,737 | 799,646 | 91 | - | - |
| Accounts receivable, net | 145,985 | 145,985 | - | - | - |
| Retainage receivable | 794,354 | 794,354 | - | - | - |
| Inventory | 454,701 | 454,701 | - | - | - |
| Prepaid expenses and other assets | 264,338 | 264,338 | - | - | - |
| Intercompany | - | (33,131,210) | 33,847,752 | (365,387) | (351,155) |
| Total current assets | 2,459,115 | (30,672,186) | 33,847,843 | (365,387) | (351,155) |
| **Property, plant and equipment** | | | | | |
| Machinery and equipment | 78,590 | 78,590 | - | - | - |
| Furniture, fixtures and office equipment | 127,180 | 127,180 | - | - | - |
| Buildings | 2,598,470 | 2,598,470 | - | - | - |
| Less: Accumulated depreciation | (848,657) | (848,657) | - | - | - |
| Total property, plant and equipment, net | 1,955,583 | 1,955,583 | - | - | - |
| **Other assets:** | | | | | |
| Security deposit | 46,013 | 46,013 | - | - | - |
| Total other assets | 46,013 | 46,013 | - | - | - |
| Total assets | $ 4,460,711 | (28,670,590) | 33,847,843 | (365,387) | (351,155) |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | | | | |
| **Liabilities not subject to compromise (Postpetition):** | | | | | |
| Accounts payable and accrued liabilities | $ 1,840,503 | 1,019,997 | 820,506 | - | - |
| DIP loan | 1,250,000 | - | 1,250,000 | - | - |
| Total postpetition liabilities | 3,090,503 | 1,019,997 | 2,070,506 | - | - |
| **Liabilities subject to compromise (Pre-Petition):** | | | | | |
| Accounts payable and accrued liabilities | 6,292,833 | 3,631,461 | 2,661,372 | - | - |
| Deposit payable | 140,000 | 140,000 | - | - | - |
| Billings in excess of costs and estimated earned profits on uncompleted contracts | 4,975,277 | 4,975,277 | - | - | - |
| Estimated loss on uncompleted contract | 394,888 | 394,888 | - | - | - |
| Unsecured debt- current, net of discount | 8,427,129 | - | 8,427,129 | - | - |
| Unsecured debt- current- related party, net of discount | 3,204,728 | - | 3,204,728 | - | - |
| Unsecured debt- long term- related party | 500,000 | - | 500,000 | - | - |
| Unsecured debt- long term, net of discount | 332,707 | - | 332,707 | - | - |
| Derivative liability | - | - | - | - | - |
| Total pre-petition liabilities | 24,267,562 | 9,141,626 | 15,125,936 | - | - |
| Total liabilities | 27,358,065 | 10,161,623 | 17,196,442 | - | - |

| | | | | |
|---|---:|---:|---:|---:|
| Stockholders' deficit: | | | | |
| Preferred stock, $0.01 par value; authorized shares 1,000,000; 0 shares issued and outstanding | - | - | - | - |
| Common stock, $0.001 par value; authorized shares 200,000,000 18,237,308 issued and outstanding | 18,249 | - | 18,249 | - |
| Additional paid in capital | 88,517,190 | 16,927,528 | 71,589,662 | - |
| Accumulated deficit | (111,432,793) | (55,759,741) | (54,956,510) | (351,155) |
| Total stockholders' deficit | (22,897,354) | (38,832,213) | 16,651,401 | (351,155) |
| Total liabilities and stockholders' deficit | $ 4,460,711 | (28,670,590) | 33,847,843 | (365,387) |

See accompanying notes to the consolidated financial statements.

Explanatory Note

As previously disclosed, the company performed a full and complete closing and produced financial statements according to its customary reporting and control processes, pursuant to the June 30, 2015 Form 10-K filed with the SEC. The Debtor has not been able to complete a full monthly closing process for any month following June 30, 2015 in which all general ledger accounts were analyzed and reconciled and all required adjustments recorded. Accordingly, monthly financial statements since June 30, 2015 do not reflect non-cash transactions such as percentage-of-completion accounting; however, all cash accounts were reconciled to bank statements and necessary adjustments recorded. An adjustment to inventory balances was recorded in the November 2015 financial statements which reduced the value of inventory by approximately $960,000, to about $455,000 based upon a physical count of inventory performed during the fourth calendar quarter of 2015.

Boomerang Systems, Inc.
Status of Post Petition Taxes
Case Number 15-11729 (MFW)
Reporting Period: December 31, 2015

|  | Notes | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|---|
| Federal |  |  |  |  |  |  |  |
|   Withholding | (1) | - | 7,671 | 7,671 | 12/11 and 12/23 | EFT | - |
|   FICA - Employee | (1) | - | 3,829 | 3,829 | 12/11 and 12/23 | EFT | - |
|   FICA - Employer | (1) | - | 3,829 | 3,829 | 12/11 and 12/23 | EFT | - |
|   Unemployment | (1) | - | - | - | 12/11 and 12/23 | EFT | - |
|   Income |  | - | - | - |  |  | - |
|   Other |  | - | - | - |  |  | - |
|   Total Federal taxes |  | - | 15,329 | 15,329 |  |  | - |
| State |  |  |  |  |  |  |  |
|   Withholding | (1) | - | 1,729 | 1,729 | 12/11 and 12/23 | EFT | - |
|   Sales | (2) | - | - | - |  |  | - |
|   Excise | (3) | - | - | - |  |  | - |
|   Unemployment | (1) | - | 1 | 1 | 12/11 and 12/23 | EFT | - |
|   Real Property |  | - | - | - |  |  | - |
|   Personal Property |  | - | - | - |  |  | - |
|   Other |  | - | - | - |  |  | - |
|   Total State taxes |  | - | 1,730 | 1,730 |  |  | - |
| Total Taxes |  | - | 17,059 | 17,059 |  |  | - |

Notes:

(1) All payroll taxes are remitted by the Company to ADP prior to employee pay date.

(2) Returns have been filed through 12/31/15

(3) Not applicable

Boomerang Systems
Summary of Unpaid Post Petition Debts
Reporting Date: December 31, 2015
Case Number 15-11729 (MFW)

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 1,832 | 10,104 | 1,980 | 8,474 | 8,336 | 30,726 |
| Wages Payable | - | 6,879 | - | - | - | 6,879 |
| Taxes Payable | - | - | - | - | - | - |
| Rents/Leases - Building | 2,500 | 4,522 | - | - | - | 7,022 |
| Rents/Leases - Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | 1,250,000 | - | - | - | - | 1,250,000 |
| Professional Fees | 616,070 | - | 101 | 4,188 | 98 | 620,457 |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other | - | - | - | - | - | - |
| **Total Postpetition Debts** | 1,870,402 | 21,505 | 2,081 | 12,662 | 8,434 | 1,915,084 |

**Boomerang Systems, Inc.**
**Accounts Receivable Reconciliation and Aging**
**Case Number 15-11729 (MFW)**
**Reporting Date: December 31, 2015**

A/R Reconciliation

| | |
|---|---:|
| Total A/R at November 30, 2015 | 940,337 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| **Total A/R at December 31, 2015** | **940,337** |

A/R Aging

| | |
|---|---:|
| 0 - 30 days old | - |
| 31 - 60 days old | 3,400 |
| 61 - 90 days old | 52,584 |
| 91+ days old | 884,353 |
| Total A/R | 940,337 |
| Amount considered uncollectible | (31,039) |
| **A/R (Net)** | **909,298** |

In re_____
       Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

See Attached Schedule

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

FORM MOR-5
(04/07)

Debtor Questionnaire
Explanations

Item 2 – The Company has continued to use pre-petition accounts while we open a new DIP accounts. Bank of America told us after the account had been opened that they do not accept new DIP customers and we need to take our business elsewhere.

Item 3 – The Company believes it is up to date will all known tax filings.