# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | BOOMERANG SYSTEMS, INC. |
| **Case Number:** | 15-11729-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 28, 2016 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### Matter:

Special Hearing on Solicitation Procedures, Retention and Bid Procedures

**R / M #:**   383 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Agenda Matters:
- Item 1 - Order entered
- Item 2 - Order due under Certification of Counsel
- Item 3 - Order entered