# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) |
|   | ) Chapter 11 |
| BOOMERANG SYSTEMS, INC., *et al.*,[1] | ) |
|   | ) Case No. 15-11729 (MFW) |
| Debtor. | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Linda Richenderfer, Esquire and ENTER the appearance of Michael W. Yurkewicz, Esquire as counsel for Liberty Grande, LLC as follows:

> Michael W. Yurkewicz, Esq.
> Klehr Harrison Harvey Branzburg LLP
> 919 North Market Street, Suite 1000
> Wilmington, DE 19801
> Telephone: (302) 552-5519
> Facsimile: (302) 426-9193
> Email:  myurkewicz@klehr.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's identification number are as follows: (i) Boomerang Systems, Inc. (6487) (Case No. 15-11729), (ii) Boomerang Sub, Inc. (3805) (Case No. 15-11731), (iii) Boomerang USA Corp. (0521) (Case No. 15-11732), and (iv) Boomerang MP Holdings Inc. (4081) (Case No. 15-11733).  According to papers filed in the captioned adversary proceeding, the Debtors no longer have a principal place of business, maintaining only a post office box: Box 598, Florham Park, New Jersey 07932.

Dated: May 15, 2018
Wilmington, Delaware

| | |
|---|---|
| Klehr Harrison Harvey Branzburg LLP | Klehr Harrison Harvey Branzburg LLP |
| By: */s/ Linda Richenderfer* | By: */s/ Michael W. Yurkewicz* |
| Linda Richenderfer (DE Bar No. 4138) | Michael W. Yurkewicz (DE Bar #4165) |
| 919 Market Street, Suite 1000 | 919 Market Street, Suite 1000 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 552-5513 | Telephone: (302) 552-5519 |
| Facsimile: (302) 426-9193 | Facsimile: (302) 426-9193 |
| lrichenderfer@klehr.com | myurkewicz@klehr.com |
| *Counsel for Liberty Grande, LLC* | *Counsel for Liberty Grande, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **Notice of Withdrawal and Substitution of Counsel** was caused to be served this 15th day of May, 2018, upon the parties listed below via First Class U.S. Mail, postage prepaid::

Justin R. Alberto, Esq.
Gregory J. Flasser, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz (DE Bar No. 4165)