IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Boomerang Systems, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-11729 (MFW)<br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   §
                    §   SS:
NEW CASTLE COUNTY   §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., Liquidating Trustee of Boomerang Systems, Inc., in the above-captioned cases and that on the 21st day of November, 2019, he caused copies of the **Order and Final Decree (I) Closing this Chapter 11 Case, (II) Discharging the Liquidating Trustee, (III) Authorizing the Liquidating Trustee to Destroy Books and Records and (IV) Granting Related Relief [D.I. 685]** to be served upon the parties listed on Exhibit A via first class mail, or, where available, via facsimile.

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: November 22, 2019

_____
Notary Public

[Notary Seal: ERIN E. HENDRY, MY COMMISSION EXPIRES Feb. 27, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: (i) Boomerang Systems, Inc. (6487); (ii) Boomerang Sub, Inc. (3805); (iii) Boomerang USA Corp. (0521); and (iv) Boomerang MP Holdings, Inc. (4081). Inquiries regarding the Debtors should be directed to the Liquidating Trustee of the Boomerang Systems Liquidating Trust, c/o Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, Delaware 19801 (Attn: Justin R. Alberto, Esquire).

{BAY:03402684v1}

# Exhibit A

{BAY:03402684v1}

| | |
|---|---|
| A M SACCULLO LEGAL, LLC<br>ATTN ANTHONY M. SACCULLO, ESQ<br>27 CRIMSON KING DR<br>BEAR DE 19701 | A M SACCULLO LEGAL, LLC<br>ATTN THOMAS H. KOVACH, ESQ.<br>27 CRIMSON KING DR<br>BEAR DE 19701 |
| AV EXCELLENCE, LLC<br>C/O JANNA SHACKLETT<br>6020 PARKWAY NORTH DR, SUITE 100<br>CUMMING GA 30040 | BERG & ANDROPHY<br>ATTN MICHAEL M. FAY, ESQ.<br>120 W 45TH ST 38TH FL<br>NEW YORK NY 10036 |
| BERG & ANDROPHY<br>ATTN JENNY H. KIM, ESQ.<br>120 W 45TH ST 38TH FL<br>NEW YORK NY 10036 | BERGER SINGERMAN LLP<br>ATTN PAUL A. AVRON, ESQ.<br>ONE TOWN CENTER RD STE 301<br>BOCA RATON FL 33486 |
| BOOMERANG SYSTEMS, INC.<br>ATTN JAMES GELLY, CEO & DIRECTOR<br>30A VREELAND ROAD, SUITE 150<br>FLORHAM PARK NJ 07932 | BOOMERANG SYSTEMS, INC.<br>ATTN RYAN CAMPBELL, TREASURER<br>30A VREELAND ROAD, SUITE 150<br>FLORHAM PARK NJ 07932 |
| CURTIS MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN LYNN P. HARRISON III, ESQ<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN JAMES V. DREW, ESQ.<br>101 PARK AVE<br>NEW YORK NY 10178 |

DAVIS GRAHAM & STUBBS LLP
ATTN: CHRISTOPHER L. RICHARDSON, ESQ
1550 17TH STREET, SUITE 500
DENVER CO 80202

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS - FRANCHISE TAX
TOWNSEND BUILDING, STE 1401
FEDERAL ST
DOVER DE 19903

DELAWARE SECRETARY OF TREASURY
820 SILVER LAKE BLVD SUITE 100
DOVER DE 19904

GELLERT SCALI BUSENKELL & BROWN, LLC
ATTN MICHAEL BUSENKELL, ESQ.
913 N MARKET ST, 10TH FLR
WILMINGTON DE 19801

HERE LAWRENCE PROPERTY OWNER, LLC
C/O CHRISTOPHER A. WARD
POLSINELLI, PC222
DELAWARE AVE., SUITE 1101
WILMINGTON DE 19801

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101

K&L GATES LLP
ATTN ROBERT T HONEYWELL
599 LEXINGTON AVE
NEW YORK NY 10022

K&L GATES LLP
ATTN LAUREN GARRAUX
600 N KING ST# 901
WILMINGTON DE 19801

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN LINDA RICHENDERFER, ESQ.
919 MARKET ST STE 1000
WILMINGTON DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN THOMAS MUSARRA
400 MADISON AVE, STE 4D
NEW YORK NY 10017

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN BILL SCHUETTE, ATTY GENERAL<br>CADILLAC PLACE, STE 10-200<br>3030 W GRAND BLVD<br>DETROIT MI 48202 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN HEATHER L DONALD, ASSISTANT ATTY GEN<br>CADILLAC PLACE, STE 10-200<br>3030 W GRAND BLVD<br>DETROIT MI 48202 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN HANNAH MCCOLLUN, ESQ<br>844 KING STREET, SUITE 2207<br>WILMINGTON DE 19801 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: T. PATRICK TINKER<br>REGION 3844 KING ST, STE 2207<br>WILMINGTON DE 19801 |
| OFFICE OF THE US ATTORNEY<br>ATTN ELLEN W. SLIGHTS, ESQ<br>1007 ORANGE ST, STE 700<br>PO BOX 2046<br>WILMINGTON DE 19801 | POLSINELLI PC<br>ATTN CHRISTOPHER A. WARD, ESQ.<br>222 DELAWARE AVE, SUITE 1101<br>WILMINGTON DE 19801 |
| POLSINELLI PC<br>ATTN JARRETT VINE, ESQ.<br>222 DELAWARE AVE., SUITE 1101<br>WILMINGTON DE 19801 | POLSINELLI PC<br>ATTN JERRY L. SWITZER, JR., ESQ.<br>161 N. CLARK STREET, SUITE 4200<br>CHICAGO IL 60601 |
| POLSINELLI PC<br>ATTN ANTHONY C. PORCELLI, ESQ.<br>161 N. CLARK STREET, SUITE 4200<br>CHICAGO IL 60601 | SECURITIES EXCHANGE COMMISSION<br>ATTN SECRETARY OF THE TREASURY<br>100 F ST, NE<br>WASHINGTON DC 20549 |

STEVENS & LEE, P.C.
ATTN JOHN D. DEMMY, ESQ.
1105 N. MARKET ST 7TH FL
WILMINGTON DE 19801

STEVENS & LEE, P.C.
ATTN NICHOLAS F. KAJON, ESQ.
485 MADISON AVE 20TH FL
NEW YORK NY 10022

STEVENS & LEE, P.C.
ATTN LEONARD P. GOLDBERGER, ESQ.
620 FREEDOM BUSINESS CENTER
KING OF PRUSSIA PA 19406

SULLIVAN & WORCESTER LLP
ATTN JEFFREY R. GLEIT, ESQ.
1633 BROADWAY
NEW YORK NY 10019

SULLIVAN HAZELTINE ALLINSON LLC
ATTN WILLIAM D. SULLIVAN, ESQ
901 NORTH MARKET ST, STE 1300
WILMINGTON DE 19801

TOGUT, SEGAL & SEGAL LLP
ATTN BRIAN F. MOORE, ESQ.
ONE PENN PLAZA, STE 3335
NEW YORK NY 10119

TOGUT, SEGAL & SEGAL LLP
ATTN LAUREN L. PEACOCK, ESQ.
ONE PENN PLAZA, STE 3335
NEW YORK NY 10119

TOGUT, SEGAL & SEGAL LLP
ATTN LEO MUCHNIK, ESQ.
ONE PENN PLAZA, STE 3335
NEW YORK NY 10119

US DEPT. OF THE TREASURY
1500 PENNSYLVANIA AVE, NW
WASHINGTON DC 20220

US SECURITIES & EXCHANGE COMMISSION
ATTN SHARON BINGER, REG. DIRECTOR
PHILADELPHIA REGIONAL OFFICE
ONE PENN CENTER
1617 JFK BLVD, STE 520
PHILADELPHIA PA 19103

| | |
|---|---|
| US SECURITIES & EXCHANGE COMMISSION | XAPLOS, INC. |
| ATTN ANDREW CALAMARI, REG. DIRECTOR | C/O MARK RODRIGUES |
| NEW YORK REGIONAL OFFICE | 5701 SW 196TH LN |
| BROOKFIELD PLACE | FORT LAURDERALE FL 33332 |
| 200 VESEY ST, STE 400 | |
| NEW YORK NY 10281 | |